**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>    v.<br><br>AUTOCHINA INTERNATIONAL LIMITED, HUI KAI YAN, RUI GE DONG, VICTORY FIRST LIMITED, RAINBOW YIELD LIMITED, YOUNG QI LI, AI XI JI, YE WANG, ZHONG WEN XHANG, LI XIN MA, YONG LI LI, and SHU LIN LI,<br><br>    Defendants. | Civil Action No. 12-cv-10643-GAO |

**DEFENDANT AUTOCHINA INTERNATIONAL LIMITED'S**
**MOTION TO DISMISS FOR LACK OF VENUE OR,**
**IN THE ALTERNATIVE, FOR TRANSFER**

Pursuant to Rule 12(b)(3) of the Federal Rules of Civil procedure and 28 U.S.C. § 1406(a), Defendant AutoChina International Limited ("AutoChina") hereby moves to dismiss the First Amended Complaint on the grounds of improper venue. In the alternative, AutoChina seeks the entry of an Order, pursuant to 28 U.S.C. § 1404(a), transferring this action to the Southern District of New York.

In support of this Motion, AutoChina relies on the supporting Memorandum of Law and the Declaration of Jay K. Musoff, Esq., each of which is filed contemporaneously herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), AutoChina requests oral argument on this Motion as it believes that oral argument may assist the Court in its consideration of this Motion.

    Respectfully submitted,

    AUTOCHINA INTERNATIONAL LIMITED

    By its attorneys,

    /s/ Leonard H. Freiman
    Leonard H. Freiman (BBO #560233)
    Derek B. Domian (BBO #660568)
    GOULSTON & STORRS, P.C.
    400 Atlantic Avenue
    Boston, MA  02110-3333
    T: (617) 482-1776
    F: (617) 574-4112
    lfreiman@goulstonstorrs.com
    ddomian@goulstonstorrs.com


    /s/ Jay K. Musoff
    Jay K. Musoff (admitted *pro hac vice*)
    John Piskora (admitted *pro hac vice*)
    Martin Fojas (admitted *pro hac vice*)
    LOEB & LOEB LLP
    345 Park Avenue
    New York, New York 10154
    T: (212) 407-4000
    F: (212) 656-1379
    jmusoff@loeb.com
    jpiskora@loeb.com
Dated: July 26, 2012    mfojas@loeb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ Leonard H. Freiman

## **LOCAL RULE 7.1 CERTIFICATION**

In accordance with Local Rule 7.1(a)(2), counsel for Defendant AutoChina first conferred with the Commission as to AutoChina's intention to file a motion to dismiss the original Complaint for lack of venue on June 25, 2012.  On July 6, 2012, the Commission filed its First Amended Complaint in this action.  On July 10, 2012, counsel for AutoChina conferred with the Commission as to AutoChina's intent to file the current motion.  The Commission did not agree to the relief requested in this motion.  Thereafter, Counsel for AutoChina and the Commission filed a Joint Motion To Set Motion to Dismiss Briefing Schedule on July 12, 2012, which was "so ordered" by this Court on July 13, 2012.

/s/ Jay K. Musoff