UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 12-10643-GAO |
| v. | ) ) ) | |
| AUTOCHINA INTERNATIONAL LIMITED, HUI KAI YAN, RUI GE DONG, VICTORY FIRST LIMITED, RAINBOW YIELD LIMITED, YONG QI LI, AI XI JI, YE WANG, ZHONG WEN ZHANG, LI XIN MA, YONG LI LI, and SHU LING LI, Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## [PROPOSED] FINAL JUDGMENT AS TO DEFENDANT ZHONG WEN ZHANG

The Securities and Exchange Commission ("Commission") having filed a Complaint and

Defendant Zhong Wen Zhang ("Defendant") having failed to answer, plead or otherwise defend

in this action, a default having been entered against him on April 2, 2014, the Court having

considered the Commission's motion for entry of a default judgment and all the pleadings and

evidence submitted in support thereof; and the Court having determined that Zhong Wen Zhang

is not an infant, incompetent person or in the military service of the United States:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and

Defendant's agents, servants, employees, attorneys, and all persons in active concert or

participation with them who receive actual notice of this Final Judgment by personal service or

otherwise are permanently restrained and enjoined from violating, directly or indirectly, and

from aiding and abetting any violation of, Section 10(b) of the Securities Exchange Act of 1934

(the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R.

§ 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or

of any facility of any national securities exchange, in connection with the purchase or sale of any

security:

(a)     to employ any device, scheme, or artifice to defraud;

(b)     to make any untrue statement of a material fact or to omit to state a material fact

necessary in order to make the statements made, in the light of the circumstances

under which they were made, not misleading; or

(c)     to engage in any act, practice, or course of business which operates or would

operate as a fraud or deceit upon any person.

II

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and

Defendant's agents, servants, employees, attorneys, and all persons in active concert or

participation with them who receive actual notice of this Final Judgment by personal service or

otherwise are permanently restrained and enjoined from violating, directly or indirectly, and

from aiding and abetting any violation of, Section 9(a) of the Exchange Act [15 U.S.C. § 78i(a)],

by directly or indirectly, using any means or instrumentality of interstate commerce, or of the

mails, or of any facility of any national securities exchange:

    (a)    for the purpose of creating a false or misleading appearance of active trading in

        any security other than a government security, or a false or misleading appearance

        with respect to the market for any such security:

            i.  to effect any transaction in such security which involves no change in

                the beneficial ownership thereof, or

           ii.  to enter an order or orders for the purchase of such security with the

                knowledge that an order or orders of substantially the same size, at

                substantially the same time, and at substantially the same price, for the

                sale of any such security, has been or will be entered by or for the

                same or different parties, or

          iii.  to enter any order or orders of the sale of any such security with the

                knowledge that an order or orders of substantially the same size, at

                substantially the same time, and at substantially the same price, for the

                purchase of such security, has been or will be entered by or for the

                same or different parties; or

    (b)    To effect, alone or with one or more other persons, as series of transactions in any

security other than a government security or in connection with any security-based swap

agreement with respect to such security creating actual or apparent active trading in such

security, or raising or depressing the price of such security, for the purpose of inducing

the purchase or sale of such security by others.

III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, and from aiding and abetting any violation of, Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $ *150,000.00* to the Securities and Exchange Commission pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Securities Exchange Act [15 U.S.C. § 78u(d)(3)]. Defendant shall make this payment within 14 days after entry of this Final Judgment.

Defendant may transmit payment electronically to the Commission, which will provide

detailed ACH transfer/Fedwire instructions upon request.   Payment may also be made directly

from a bank account via Pay.gov through the SEC website at

http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified check, bank

cashier's check, or United States postal money order payable to the Securities and Exchange

Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of

this Court; Zhong Wen Zhang as a defendant in this action; and specifying that payment is made

pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case

identifying information to the Commission's counsel in this action.  By making this payment,

Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part

of the funds shall be returned to Defendant.  The Commission shall send the funds paid pursuant

to this Final Judgment to the United States Treasury. Defendant shall pay post-judgment interest

on any delinquent amounts pursuant to 28 USC § 1961.

## V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court

shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final

Judgment.

VI.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: *October 24*, *2014*

_____
UNITED STATES DISTRICT JUDGE